# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

---

2024 ND 204

---

State of North Dakota,                                            Plaintiff and Appellee

v.

Xander Phillip Callahan,
a/k/a Xandar Phillip Callahan,                          Defendant and Appellant

---

No. 20240145

---

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Douglas L. Mattson, Judge.

AFFIRMED.

Per Curiam.

Tiffany M. Sorgen, Assistant State's Attorney, Minot, ND, for plaintiff and appellee; submitted on brief.

Tracy E. Reames, Fargo, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Xandar Callahan appeals from a criminal judgment entered after a jury convicted him of three counts of menacing, all class C felonies. Callahan argues insufficient evidence exists to support the verdicts. After reviewing the record, we conclude substantial evidence supports the verdicts. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr